Filed
NOV 22 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
10 Pages Scanned by EM

Rcv Via Email @ 4:02pm

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF
# FLORIDA TAMPA DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| Robert Eugene McMillen III, ) | Case No. 8:22-bk-02996-CPM |
| ) | Chapter 7 |
| Debtor*. ) | |
| ) | |
| _____ | |
| Robert Eugene McMillen III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | Adversary No. __:__-ap--__-____ |
| ) | |
| U.S. Internal Revenue Service, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## COMPLAINT

Plaintiff, Robert Eugene McMillen III, (hereinafter "Plaintiff"), Pro Se, files this adversary proceeding pursuant to 11 U.S.C. §523(a)(1), and seeks a determination that the income tax debt for the tax period ending December 31, 2018, as alleged by the U.S. Internal Revenue Service, (hereinafter "Defendant"), in its Amended Proof of Claim (Number 2-1), is dischargeable under 11 U.S.C. §523(a)(1).

## JURISDICTION AND VENUE

1.    This action is a core proceeding under 28 U.S.C. §157(b)(2)(I) over which this court has jurisdiction pursuant to 28 U.S.C. §§1334(b) and 157 (b), and 11 U.S.C. §523(a)(1).

2.    Venue is proper in the Middle District of Florida under 28 U.S.C. § 1409(a).

---

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.
Implemented 9/28/2017                                                                              Revised 4/13/2018

## BACKGROUND

1. The Plaintiff filed an Identity Theft Report with the Federal Trade Commission on November 29, 2018. Subsequently, in accordance with applicable Federal Trade Commission policy, information regarding said report was shared with the Defendant, and other parties not relevant to this matter.
2. Following its receipt of an income tax return for the 2018 tax year for the Plaintiff, the Defendant issued IRS Letter 5071C by U.S. Mail to the Plaintiff requesting that he verify his identity either by visiting a specified website, or by phone. The Plaintiff complied, and in the absence of further contact from the Defendant on the subject, considered the matter closed.
3. .The Defendants' income tax returns for subsequent tax years, (2019, 2020, and 2021), were accepted by the Defendant without incident.
4. On July 25, 2022, the Plaintiff filed a petition for Chapter 7bankruptcy in the Florida Middle District Bankruptcy Court.
5. On September 1, 2022 the Defendant filed a purported Proof of Claim, (Claim No. 2-1) alleging $2,976.55 in income tax due for the 2018 tax year.
6. On November 14, 2022 the Plaintiff filed an Objection to the Defendant's Proof of Claim on the grounds that the income tax return in question had been filed, and provided documentation in support of that in the form of the Defendants' correspondence with the Plaintiff acknowledging receipt of his 2018 income tax return.
7. On November 16, 2022 the Defendant filed an Amended Proof of Claim that, while withdrawing its allegation of tax debt from another tax period, did not address the Plaintiffs' objection, or alter the amount of the tax debt alleged for the 2018 tax period.

## CAUSE OF ACTION

1. Plaintiffs' federal income tax return for the tax period ending December 31, 2018 was was due on April 16, 2019, greater than three years before the filing of the Plaintiffs' bankruptcy petition. Therefore the tax alleged as due is dischargeable pursuant to 11 U.S.C. § 507(a)(8)(A)(i).
2. The Plaintiff filed his federal income tax return for the tax period ending December 31, 2018 on March 19, 2019, more than two years before the filing of his bankruptcy petition. Therefore the income tax alleged as due is dischargeable pursuant to 11 U.S.C. § 523(a)(1)(B)(ii).
3. 11 U.S.C. § 523(a)(1)(B) requires more than 240 days to have passed since assessment by the Defendant for a tax under 11 U.S.C. §523(a)(1) to be dischargeable. As of November 21, 2022 the Defendant has not assessed any amount of tax as being due for the tax period ending December 31, 2018. That which it alleges in its Proof of Claim for the 2018 tax year represents the sole suggestion of any debt whatsoever by the Defendant. The Plaintiff respectfully suggests that the Defendant has had adequate time to make such an assessment, but failed to do so. Accordingly, the tax debt alleged for the 2018 tax year should be dischargeable pursuant to 11 U.S.C. § 523(a)(1)(B).

4.  A preponderance of evidence strongly suggests that:
    a. the Plaintiff did indeed file a 2018 federal income tax return.
    b. the Defendant is in receipt of said tax return, and has been for some time.
    c. the Defendant processed each of the Plaintiff's income tax returns for subsequent tax years without issue, including issuing an income tax refund, indicating its receipt of a 2018 income tax return.

5.  The Plaintiff did not include income tax debt for the tax year ending December 31, 2018 in his schedules because, upon information and belief, no such debt existed.

WHEREFORE, the Plaintiff, Robert Eugene McMillen III, respectfully requests that the Court determine that the income tax debt alleged by the Defendant for the tax year ending December 31, 2018 is dischargeable under 11 U.S.C. §523(a)(1), and for such other and further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Robert Eugene McMillen III
mcmillenIII@msn.com
1628 Ladora Dr #205
Brandon, FL 33511-1227
(813) 957-3777

**IRS** Department of the Treasury
Internal Revenue Service
3651 S IH 35, STOP 6579 AUSC
AUSTIN TX 73301-0059

In reply refer to: 1485011111
Aug. 04, 2020 LTR 5071C B0
*               201812 30
                    00062620
                BODC: WI



021178

ROBERT MCMILLEN
1628 LADORA DR APT 205
BRANDON FL 33511

        Taxpayer identification number: *
                        Tax year: 2018
                    Control number: 18221082556230
                    Letter number: 5071C

Dear TAXPAYER

We received an income tax return, Form 1040, for the tax year above using your name and Social Security number (SSN) or individual taxpayer identification number (ITIN). To protect you from possible identity theft, we need to verify your identity before we process the income tax return, issue a refund, or apply the overpayment to next year's estimated tax.

Usted puede solicitar una copia de esta carta en español, llamando al número de teléfono indicado abajo.

Para obtener más información sobre esta carta, visite www.irs.gov/ltr5071sp.

                    IF YOU DIDN'T FILE

Contact us immediately to confirm that you may be a victim of tax-related identity theft using the website or phone number below.

                    IF YOU DID FILE

Contact us within 30 days from the date of this letter to verify your identity using the website or phone number below.

                    HOW TO CONTACT US ONLINE

Go to our identity verification service website at www.idverify.irs.gov. It's quick, secure, and available 24 hours a day.

The website has the most up-to-date instructions to assist in navigating through the identity verification process. Please read the website page thoroughly, and have the following available:

- This letter

- The tax return for the year shown above (Form 1040, 1040A, 1040-EZ,


Internal Revenue Service
United States Department of the Treasury

MEMPHIS, TN 37501-1498

Tracking ID: 103045816937
Date of Issue: 11-22-2022

ROBERT MCMILLEN
1628 LADORA DR APT 205
BRANDON, FL 33511

Taxpayer's Name: ROBERT MCMILLEN
Taxpayer Identification Number: ███████-3621
Tax Period or Periods: December, 2018
Return: 1040

Information About the Request We Received

Why We're Contacting You

We're contacting you to report on the status of the request we received.

Information About the Status of The Request

On November 22, 2022, you submitted a request for information.

We apologize for the inconvenience, but we are not able to process the requested tax year at this time. Please note: Transcript requests for other tax years may be available. You or your representative can contact the Identity Theft Toll-free at 801-908-4490 for any tax year that is not available.





Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0030

| For your reference | |
|---|---|
| Notice name CP503 | Tax year 2019 |
| Notice date | 10-25-2021 |
| Your caller ID | 15 |
| Taxpayer ID number | -3621 |

**New quick, easy, and secure online payments**

Visit irs.gov/directpay to avoid additional interest and penalties or time lost on the phone

113380.381777.405155.27537 1 AB 0.461 860

ROBERT MCMILLEN
1628 LADORA DR APT 205
BRANDON FL 33511-1227



113380

To: ROBERT MCMILLEN

We recently contacted you about your past due 2019 taxes. You must pay your balance immediately.

## Amount Past Due: $1,514.97

You must pay by November 4, 2021 to stop further penalties and interest.
**If you don't act now, the IRS may consider levying (seizing) your income or bank account.**

## What You Need To Do Now




### Pay online now from your bank
- Quick, free and easy way to pay
- Secure payment directly from your bank account without fees
- Convenient method; just use a computer or mobile device



*Scan me*
irs.gov/payments

### What You Need

**To Verify Your Identity:**
- ☐ Filing Status
- ☐ Address

**To Pay:**
- ☐ Bank Account Number
- ☐ Bank Routing Number

Don't know this information? You can find your recent tax returns on irs.gov/individuals/get-transcript. Your bank account and routing numbers are on your check.

### How to Pay From Your Bank

1. Go to irs.gov/directpay
2. Select "Make a Payment"
3. Enter the following options:
   - **Reason for Payment:** Tax Return or Notice
   - **Apply Payment To:** 1040
   - **Tax Period for Payment:** December 31, 2019
4. Follow the instructions to verify your identity and submit secure bank information
5. Submit your secure payment

Continued on back...

# FreeTaxUSA®

# 2018 Income Tax Return

### Federal Return

Thank you for using FreeTaxUSA.com to prepare your 2018 income tax return.

You can view the status of your e-filed tax return by signing in to your account at www.freetaxusa.com.

2019 tax preparation on FreeTaxUSA.com will be available starting in January of 2020.

We look forward to preparing your 2019 tax return.

| Form **1040** | Department of the Treasury—Internal Revenue Service (99)<br>**U.S. Individual Income Tax Return** | **2018** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |

| Filing status: | [X] Single | [ ] Married filing jointly | [ ] Married filing separately | [ ] Head of household | [ ] Qualifying widow(er) |

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ROBERT | MCMILLEN | ███-██-3621 |

Your standard deduction: [ ] Someone can claim you as a dependent   [ ] You were born before January 2, 1954   [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
|  |  |  |

Spouse standard deduction: [ ] Someone can claim your spouse as a dependent   [ ] Spouse was born before January 2, 1954   [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind   [ ] Spouse itemizes on a separate return or you were dual-status alien

| Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | Presidential Election Campaign |
|---|---|---|
| 1628 LADORA DR | #205 | (see inst.) [ ] You [ ] Spouse |

| City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6. | If more than four dependents, see inst. and ✓ here ▶ [ ] |
|---|---|
| BRANDON, FL 33511-1227 | |

Dependents (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): |
|---|---|---|---|
|  |  |  | Child tax credit [ ]   Credit for other dependents [ ] |
|  |  |  | [ ]   [ ] |
|  |  |  | [ ]   [ ] |
|  |  |  | [ ]   [ ] |

**Sign Here**
Joint return? See Instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| /s/ | 3/19/2019 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|  |  |  |  |

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | PTIN | Firm's EIN | Check if: |
|---|---|---|---|---|
|  | SELF-PREPARED |  |  | [ ] 3rd Party Designee |
| Firm's name ▶ |  | Phone no. |  | [ ] Self-employed |
| Firm's address ▶ |  |  |  |  |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 11320B   Form **1040** (2018)

CDA

Form 1040 (2018) ROBERT MCMILLEN ▓▓▓-3621 Page **2**

Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRAs, pensions, and annuities | |
| 4b | Taxable amount | |
| 5a | Social security benefits | |
| 5b | Taxable amount | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22    17,602 | ▓▓▓. |
| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | ▓▓▓. |

Standard Deduction for—
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions

| Line | Description | Amount |
|---|---|---|
| 8 | Standard deduction or itemized deductions (from Schedule A) | . |
| 9 | Qualified business income deduction (see instructions) | . |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 0. |
| 11 | a Tax (see inst.) ___0___ (check if any from: 1 ☐ Form(s) 8814   2 ☐ Form 4972   3 ☐ ____) b Add any amount from Schedule 2 and check here ▶ ☐ | ▓. |
| 12 | a Child tax credit/credit for other dependents ____   b Add any amount from Schedule 3 and check here ▶ ☐ | . |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | ▓. |
| 14 | Other taxes. Attach Schedule 4 | |
| 15 | Total tax. Add lines 13 and 14 | |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | |
| 17 | Refundable credits: a EIC (see inst.) NO   b Sch. 8812 ____   c Form 8863 ____  Add any amount from Schedule 5 ____ | |
| 18 | Add lines 16 and 17. These are your total payments | ▓. |

**Refund**

| Line | Description | Amount |
|---|---|---|
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you **overpaid** | |
| 20a | Amount of line 19 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | |
| b | Routing number ____   ▶ c Type: ☐ Checking  ☐ Savings | |
| d | Account number ____ | |
| 21 | Amount of line 19 you want **applied to your 2019 estimated tax** ▶ 21 ____ | |

**Amount You Owe**

| Line | Description | Amount |
|---|---|---|
| 22 | **Amount you owe.** Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | 0. |
| 23 | Estimated tax penalty (see instructions) ▶ 23 ____ | |

Direct deposit? See instructions.

Go to *www.irs.gov/Form1040* for instructions and the latest information.

Form **1040** (2018)

CDA



Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0030

IRS



**For your reference**

| | |
|---|---|
| Notice name CP503 | Tax year 2019 |
| Notice date | 10-25-2021 |
| Your caller ID | 15 |
| Taxpayer ID number | -3621 |

New quick, easy, and secure online payments

Visit irs.gov/directpay to avoid additional interest and penalties or time lost on the phone

113380.381777.405155.27537 1 AB 0.461 860

ROBERT MCMILLEN
1628 LADORA DR APT 205
BRANDON FL 33511-1227

113380

To: ROBERT MCMILLEN

We recently contacted you about your past due 2019 taxes. You must pay your balance immediately.

## Amount Past Due: $1,514.97

You must pay by November 4, 2021 to stop further penalties and interest.
**If you don't act now, the IRS may consider levying (seizing) your income or bank account.**

## What You Need To Do Now



**Pay online now from your bank**
- Quick, free and easy way to pay
- Secure payment directly from your bank account without fees
- Convenient method; just use a computer or mobile device



*Scan me*
irs.gov/payments

### What You Need

**To Verify Your Identity:**
- ☐ Filing Status
- ☐ Address

**To Pay:**
- ☐ Bank Account Number
- ☐ Bank Routing Number

Don't know this information? You can find your recent tax returns on irs.gov/individuals/get-transcript. Your bank account and routing numbers are on your check.

### How to Pay From Your Bank

1. Go to irs.gov/directpay
2. Select "Make a Payment"
3. Enter the following options:
   - **Reason for Payment:** Tax Return or Notice
   - **Apply Payment To:** 1040
   - **Tax Period for Payment:** December 31, 2019
4. Follow the instructions to verify your identity and submit secure bank information
5. Submit your secure payment

Continued on back...